UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED

AUG 2 0 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-93-KKC-MAS

**SEAN L. GIST,**
**aka SNOOP,**
**aka SIZZLE, and**
**SHAWN KIETT**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 846**

Beginning in or about January 2026, the exact date unknown, and continuing through on or about May 2, 2026, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**SEAN L. GIST,**
**aka SNOOP,**
**aka SIZZLE, and**
**SHAWN KIETT**

did conspire together and with others to knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**COUNT 2**
**21 U.S.C. § 841(a)(1)**

On or about January 15, 2026, in Madison County, in the Eastern District of Kentucky,

**SHAWN KIETT**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**21 U.S.C. § 841(a)(1)**

On or about February 10, 2026, in Madison County, in the Eastern District of Kentucky,

**SEAN L. GIST,**
**aka SNOOP,**
**aka SIZZLE,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 4**
**21 U.S.C. § 841(a)(1)**

On or about February 25, 2026, in Madison County, in the Eastern District of Kentucky,

**SHAWN KIETT**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 5**
**21 U.S.C. § 841(a)(1)**

On or about March 17, 2026, in Madison County, in the Eastern District of Kentucky,

**SHAWN KIETT**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 6**
**21 U.S.C. § 841(a)(1)**

On or about March 25, 2026, in Madison County, in the Eastern District of Kentucky,

**SEAN L. GIST,**
**aka SNOOP,**
**aka SIZZLE,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 7**
**21 U.S.C. § 841(a)(1)**

On or about April 23, 2026, in Madison County, in the Eastern District of Kentucky,

**SEAN L. GIST,**
**aka SNOOP,**
**aka SIZZLE,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 8**
**21 U.S.C. § 841(a)(1)**

On or about May 2, 2026, in Madison County, in the Eastern District of Kentucky,

**SEAN L. GIST,**
**aka SNOOP,**
**aka SIZZLE,**

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**21 U.S.C. § 851 ENHANCEMENT**

Before **SEAN L. GIST, aka SNOOP, aka SIZZLE,** committed the offenses charged in Counts 1 and 8 of this Indictment, he had a final conviction for a serious drug felony offense, namely, Conspiracy to Distribute 100 grams or more of Heroin, by final judgment of the United States District Court, Southern District of West Virginia, Case Number 3:15-CR-00001, in December 2015, for which he served a term of imprisonment of more than 12 months and was released from any term of imprisonment related to that offense within 15 years of the commencement of the offenses referenced herein.

A TRUE BILL

[redacted]

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

CYNTHIA T. RIEKER
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

| | |
|---|---|
| **COUNTS 1 and 8:** | Not less than 5 years nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release. |
| | **If prior conviction for a serious drug felony:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release. |
| **COUNTS 2 - 7:** | Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release. |
| | **If prior conviction for a felony drug offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release. |
| **PLUS:** | Mandatory special assessment of $100 per count. |