**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 26-93-KKC-MAS

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT**

**SEAN L. GIST,**
**aka SNOOP,**
**aka SIZZLE, and**
**SHAWN KIETT** **DEFENDANTS**

* * * * *

The United States moves for the issuance of an arrest warrant for the presence of the Defendants, **SEAN L. GIST, aka SNOOP, aka SIZZLE, and SHAWN KIETT**, returnable forthwith.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

By: /s/ *Cynthia T. Rieker*
Cynthia T. Rieker
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4853
Cynthia.rieker@usdoj.gov