UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 26-93-KKC-MAS At Lexington Date September 28, 2026

USA vs. Sean Gist x present x custody ___ bond ___ OR Age ___

PRESENT: HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Samantha Howard | Audio File | none | Cynthia T. Rieker |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant Pamela Dae Perlman x present ___ retained x appointed

I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__5-26-cr-93-KKC-MAS_20260928_150409

PROCEEDINGS: **DETENTION HEARING**

The parties appeared for detention hearing as noted. United States Probation Office Kendahl Granger-Foright was also present. Mentee Lisa Von Wiegen was also present. The Court heard testimony of one witness, proffer, and arguments of counsel as to the issue of detention.

The Court ORDERS as follows:

1. The motion of the United States for pretrial detention is **GRANTED**; however, the motion shall administratively remain pending until entry of the separate written opinion.

2. The Bond Report shall be filed **UNDER SEAL**.

3. The defendant remains in the custody of the U.S. Marshal Service pending further proceedings.

Copies: COR, USP, USM Initials of Deputy Clerk: slh TIC: /53

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY