# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

**TO:** U.S. Department of State
CA/PPT/S/A
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

Fax: 202-485-6496
E-Mail: CA-PPT-CourtOrders@state.gov

**FROM:** **United States Probation Office**

**Community Trust Building**
100 East Vine Street, Suite 600
Lexington, Kentucky 40507-1442
Phone: (859) 233-2646
Fax: (859) 233-2496

☒ **Original Notice**

**Date:** 10/1/2026

**By:** U.S. Probation Office

☐ **Notice of Disposition**

**Date:** ______

**By:** ______

Defendant: Shawn Kiett

Date of Birth: 2006

SSN: ______

Case Number: 0643 5:26-CR-093-KKC-2

Place of Birth: Lexington, KY

**Notice of Court Order** (Order Date: 9/9/2026 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☐ The above-named defendant surrendered passport number ______ and/or passport card number ______ to the custody of the U.S. Probation Office on ______.

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court